OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 15 2015

**10/14/2015**
**GARDNER, KIRBY**          Tr. Ct. No. 831335-E          **WR-17,070-14**

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the application is not on the prescribed form per Art. 11.07.

Abel Acosta, Clerk

*No record*

KIRBY GARDNER

13B 77002